# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| CHRISTOPHER P. RICCIARDI, | : | CIVIL NO. 1:17-CV-719 |
|---|---|---|
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| LT. SHUMENCKY, *et al.*, | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 12th day of March, 2018, upon consideration of defendants' motion (Doc. 12), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 12) for summary judgment is GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of defendants and against plaintiff.

3. The Clerk of Court is further directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

    /S/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania