AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER P. RICCIARDI, *Plaintiff* | ) |
| v. | ) Civil Action No. 1:17-CV-0719 |
| LT. SCHUMENCKY, LT. WOODS, SUPERNTENDENT VINCENT MOONEY, C.O.R.J. WRIGHT, C.O. KNIGHT, LT. GEISINGER and CAPT. SHOEMAKER, *Defendants* | ) (Chief Judge Conner) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____.

X other: SUMMARY JUDGMENT be and is hereby ENTERED in favor of defendants LT. SCHUMENCKY, LT. WOODS, SUPERNTENDENT VINCENT MOONEY, C.O.R.J. WRIGHT, C.O. KNIGHT, LT. GEISINGER and CAPT. SHOEMAKER, and against plaintiff CHRISTOPHER P. RICCIARDI, in accordance with the court's memorandum and order (Docs. 28, 29), dated March 12, 2018.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X decided by Judge or Magistrate Judge Chief Judge Christopher C. Conner

MOTION FOR SUMMARY JUDGMENT

Date: Mar 12, 2018

*CLERK OF COURT* PETER WELSH, Acting Clerk of Court

K. McKinney

*Signature of Clerk or Deputy Clerk*